**Appeal Dismissed and Memorandum Opinion filed March 31, 2020.**



**In The**

# Fourteenth Court of Appeals

**NO. 14-20-00027-CV**

## WOMEN'S ARENA FOOTBALL LEAGUE, LLC, Appellant

**V.**

## JET LENDING LLC, Appellee

**On Appeal from County Civil Court at Law No. 1
Harris County, Texas
Trial Court Cause No. 1148161**

## MEMORANDUM OPINION

This is an appeal from a judgment signed January 7, 2020. No counsel has made an appearance on behalf of Women's Arena Football League, LLC.

Only a licensed attorney can appear and represent a corporation in litigation. *Kunstoplast of Am., Inc. v. Formosa Plastics Corp., U.S.A.*, 937 S.W.2d 455, 456 (Tex. 1996); *Sherman v. Boston*, 486 S.W.3d 88, 95 (Tex. App.—Houston [14th Dist.] 2016, pet. denied). On March 4, 2020, we instructed appellant to obtain counsel for this appeal and to provide proof of the retention on or before March 15,

2020. We stated that if appellant failed to comply, the court would dismiss appellant's appeal for want of prosecution. No proof of retention of counsel or other response has been filed.

The appeal is dismissed for want of prosecution.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Jewell and Spain.